OFFICE OF DISCIPLINARY COUNSEL *v.* KONET.

[Cite as Disciplinary Counsel *v.* Konet (1988), 40 Ohio St. 3d 256.]

(No. D.D. 88-20—Submitted November 14, 1988—Decided December 30, 1988.)

*J. Warren Bettis,* disciplinary

counsel, and *Mark H. Aultman,* for relator.

*Morganstern & MacAdams Co., L.P.A.,* and *Stanley Morganstern,* for respondent.

*Per Curiam.* This court concurs in the board's findings and its recommendation. Respondent is hereby publicly reprimanded for having committed the described misconduct. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.